Lisa McMahon-Myhran, WSB #27559
Maya Swanes, WSB #41181
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: 206-676-9640
Fax: 206-676-9659

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

JOSALYN CONLEY AND KENNETH CONLEY,

Debtors.

BANKRUPTCY NO. 08-17351-TWD

CHAPTER NO. 13

STIPULATION RESOLVING MOTION FOR SANCTIONS

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4 and its successors and assigns' (hereinafter "Secured Creditor") whose loan is serviced by Rushmore Loan Management, LLC and the Debtors through their respective undersigned counsel hereto agree to entry of an Order with the following terms:

STIPULATED FINDINGS

1. Secured Creditor holds a lien against the parcel of real property commonly known as 2020 Shattuck Ave S., Renton, WA 98005. The lien is secured by the January 22, 2007 Deed of Trust recorded with the King County Recorder's office as document number 200702000512, and the assignment of Deed of Trust recorded as document number 20080327001981.

2. Debtors' loan is contractually current through December 2013, and due for the January 2014 payment.

ON THE BASIS OF THE FOREGOING STIPULATED FINDINGS, THE PARTIES AGREE THAT THE COURT MAY ENTER AN ORDER WITH THE FOLLOWING TERMS:

STIPULATION FOR ADEQUATE PROTECTION - 1
60430-0002-BK-1

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

1. The Debtor shall maintain payments directly to Secured Creditor c/o Rushmore Loan Management Services, servicer for Secured Creditor and its successors and assigns beginning January 1, 2014.

2. All corporate advances or expenses, corporate suspense accounts, late fees, statutory fees, legal fees, escrow advances, or any other fees, charges, or expenses that the holder of the mortgage loan or the master servicer, the servicer, the sub-servicer, the default servicer, or any other entity added to the account of the Debtors, but which have not been applied for nor approved by the Court, after proper notice and hearing and unless properly noticed and included in a supplemental proof of claim, are forever cancelled and discharged as of the date of the entry of this Order. Any information to the contrary that was reported to the credit bureaus has been or will be corrected.

3. In the event that the holder of this mortgage, the current servicer or any subsequent assignee or holder of the mortgage debt attempts to collect any of these discharged fees or expenses, the Debtors shall have the right to pursue a proceeding before this Court for contempt and appropriate sanctions and such other state and federal statutory remedies as may be available to the Debtors and this Court specifically retain jurisdiction over such claim or claims.

4. Secured Creditor agrees to reimburse $726.10 in attorneys fees and $235.00 in costs to Debtors' counsel.

Presented by:

/s/ Lisa McMahon-Myhran
Lisa McMahon-Myhran, WSB #27559
Jessica Bandlow, WSB #46026
ROBINSON TAIT, P.S.
Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET

STIPULATION FOR ADEQUATE PROTECTION - 2
60430-0002-BK-1

Law Offices of
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

Case 08-17351-TWD    Doc 114    Filed 01/10/14    Ent. 01/10/14 19:53:00    Pg. 2 of 3

BACKED RECEIVABLES LLC TRUST 2007-BR4 and its successors and assigns

Agreed as to Form and Content; Notice of Presentation Waived:

_____
Christina L Henry, Bar # 31273
Attorney for Debtors

STIPULATION FOR ADEQUATE PROTECTION - 3
60430-0002-BK-1

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

Case 08-17351-TWD    Doc 114    Filed 01/10/14    Ent. 01/10/14 19:53:00    Pg. 3 of 3