**Below is the Order of the Court.**

_[signature]_

**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In Re: | BANKRUPTCY NO. 08-17351-TWD |
|---|---|
| JOSALYN CONLEY AND KENNETH CONLEY, | CHAPTER NO. 13 |
| Debtors. | ORDER APPROVING STIPULATION RESOLVING MOTION FOR SANCTIONS |

Upon review of the Stipulation Resolving Motion for Sanctions entered into between the Debtors and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4 and the Stipulation having been duly filed and served;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT

The terms of the Stipulation Resolving Motion for Sanctions which was filed January 10, 2014 under Docket No. 114 are hereby ~~entered as an order of this Court~~ approved.

///End of Order///

Presented by:

ORDER APPROVING STIPULATION FOR
ADEQUATE PROTECTION - 1
60430-0002-BK-1

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

| | |
|---|---|
| 1 | |
| 2 | /s/ Lisa McMahon-Myhran |
| 3 | Lisa McMahon-Myhran, WSB #27559 |
| | Jessica Bandlow, WSB #46026 |
| 4 | ROBINSON TAIT, P.S. |
| 5 | Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4 and its successors and assigns |

ORDER APPROVING STIPULATION FOR
ADEQUATE PROTECTION - 2
60430-0002-BK-1

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640